**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 269 MAL 2023

           Respondent                :

                                     :    Petition for Allowance of Appeal

                                     :    from the Order of the Superior Court

               v.                    :

                                     :

WILLIAM J. ROHLAND,              :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 24th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.